IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERNARD JOHNSON, #216638, )<br> )<br>  Petitioner, )<br>v. )<br> )<br>J. C. GILES, *et al.*, )<br> )<br>  Respondents. ) | CASE NO.  1:09-cv-1149-TMH<br>       WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on October 6, 2011 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #13) filed on September 14, 2011 is adopted;

3.  The petition for habeas corpus relief is DENIED as it was not filed within the one-year period of limitations of 28 U.S.C. § 2244(d)(1)(A).

DONE this the 19th  day of October, 2011.

                                           /s/ Truman M. Hobbs
                              SENIOR UNITED STATES DISTRICT JUDGE